**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52909.

Dec. 5, 1972.

Application denied. The evidentiary hearing establishes a knowledgeable and voluntary plea with competent counsel. Relator has waived his right to challenge the grand jury venire. See C.Cr.P. Art. 535 subds. B(3) and D and State v. Valentine, 259 La. 1019, 254 So.2d 450.

269 So.2d 248

**STATE of Louisiana ex rel.**
**William BROOKS**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52996.

Dec. 5, 1972.

Application denied; the showing made does not justify the exercise of our jurisdiction.

BARHAM, J., is of the opinion that an evidentiary hearing is required to inquire into the constitutionality of the line up identification.

TATE, J., concurs in Barham, J.'s opinion. Aside from the lack of counsel, petitioner alleges other facts which, if true, may have led to an irreparably suggestive pre-indictment identification.